IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.

**PATRICK KASPER**

    Defendant.

CR NO: 1:22-mj-00061-EPG

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Patrick James Kasper | |
| Detained at: | Salinas Valley State Prison | |
| Detainee is: | a.) | ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint charging detainee with: 18 U.S.C. 922(g)(1)- Felon in Possession of a Firearm |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH*

| | |
|---|---|
| Signature: | /s/ Katrina Brownson |
| Printed Name & Phone No: | Katrina Brownson; (559)497-4048 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Sep 29, 2023**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | CDCR Number BT6343 | DOB: | 03/01/1993 |
| Facility Address: | 31625 Highway 101, Soledad, CA 93960 | Race: | Hispanic |
| Facility Phone: | (831)-678-5500 | FBI#: | 290705EC5 |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____      _____
                                                           (signature)